

```
FILED
DEC 14 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRIENDS OF BLACK SANDS BEACH, et al.,

        Plaintiffs,

    v.

MIKE POOL, Bureau of Land Management California State Director, et al.,

        Defendants,

and

NATURAL RESOURCE DEFENSE COUNCIL, et al.,

        Intervenors.
_____/
CALIFORNIA COASTAL COMMISSION,

        Amicus Curiae.
_____/

CIV. NO. S-00-1035 EJG/JFM

ORDER AFTER HEARING

    This matter was before the court on December 12, 2001 for hearing on plaintiffs' motion for partial summary judgment and defendants' cross-motion for summary judgment. Paul Turcke and Dennis Porter appeared on behalf of plaintiffs. Assistant U.S.

1  Attorneys Edmund Brennan and David Shelledy appeared on behalf of
2  defendants.  Deputy Attorney General Tara Mueller appeared on
3  behalf of amicus California Coastal Commission.[1] After
4  considering the parties' written and oral arguments and the
5  record in this matter, and for the reasons stated in the court's
6  oral analysis in open court and on the record, the court enters
7  the following order.
8       1.  California Coastal Commission's application to appear as
9  amicus curiae is GRANTED.
10      2.  Plaintiffs' motion for partial summary judgment is
11 DENIED.
12      3.  Defendants' motion for summary judgment, joined by
13 intervenors, is GRANTED.
14      4.  The Clerk of Court is directed to enter judgment in
15 favor of defendants and intervenors, and against plaintiffs, and
16 to close this case.
17      IT IS SO ORDERED.
18 Dated: December 12, 2001

                                    _____
                                    EDWARD J. GARCIA, JUDGE
                                    UNITED STATES DISTRICT COURT

---

[1] Laurens Silver, counsel for intervenors, was unable to appear; however, he submitted the matter on the basis of the briefs on file.

2

United States District Court
for the
Eastern District of California
December 14, 2001

* * CERTIFICATE OF SERVICE * *

2:00-cv-01035

Friends of

   v.

Wright

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 14, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Dennis L Porter     LC/EJG
Law Offices of Dennis L Porter
10112 Roadrunner Way     CF/JFM
Redding, CA  96003

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Laurens Herby Silver
Law Office of Laurens Herby Silver
302 Sycamore Avenue
Mill Valley, CA  94941-2902

Tara L Mueller
Environmental Law Offices
1736 Franklin Street
8th Floor
Oakland, Ca  94612